ND/GA PROB 12C
(6/12)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 9 2020

JAMES N. HATTEN, Clerk
By: _____Deputy Clerk

## Violation Report and Petition For Summons
## for Offender Under Supervision

Name of Offender: **Edeliel Rainey**                    Docket No. **1:10-CR-295-RWS**

Name of Sentencing Judicial Officer:    **Honorable Richard W. Story**
**Senior U. S. District Court Judge**

Date of Original Sentence: **December 2, 2010**

Original Offense: **Possession with Intent to Distribute Crack Cocaine, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i)**

Original Sentence: **84 months imprisonment on Count 1, and 60 months imprisonment on Count 2, to run consecutive to Count 1, for a total sentence of 144 months imprisonment followed by a 5 year term of Supervised Release.**

Type of Supervision: **Supervised Release**          Date Supervision Commenced:  **May 3, 2019**

Assistant U.S. Attorney: **Richard S. Moultrie, Jr.**          Defense Attorney:  **Akil K. Secret**
**Angela M. Jordan**

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has violated the conditions of supervision as follows:

1.  <u>New Criminal Activity:</u> On November 14, 2019, Mr. Rainey was an occupant in a vehicle that was pulled over for failure to obey traffic lights. Atlanta Police Department Officer Z. Fore made contact with the driver, Rico Cody, and smelled an odor of marijuana from inside the vehicle. A vehicle search was conducted and the officer discovered two individually packaged plastic bags containing one pound of marijuana in each bag on the rear passenger seat. Mr. Rainey was searched and was in the possession of $3,500 in cash. The defendant's actions and behavior constitute the criminal activity of Possession of Marijuana with Intent to Distribute Marijuana.

2.  <u>Failure to Notify Probation Officer of contact with law enforcement:</u> Mr. Rainey failed to notify the Probation Officer of his November 14, 2019, contact with the Atlanta Police Department within 72 hours as directed.

3.   **Association with persons engaged in criminal activity:** On November 14, 2019, Mr. Rainey was a passenger in a vehicle with Rico Cody, when a traffic stop was conducted. An Atlanta Police Officer searched the vehicle and discovered two pounds of marijuana, five cell phones, $3,500 cash on Mr. Rainey's person and $840 cash on Mr. Cody's person. Rico Cody was arrested and charged with Possession of Marijuana with Intent to Distribute, a felony, and subsequently pled guilty and has been sentenced in Fulton County Superior Court.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

None.

**PETITIONING THE COURT TO:**

Issue a Summons for Edeliel Rainey directing him to appear before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| _signature_ | 2/11/2020 | _signature_ | 2/11/2020 |
| Deneen G. McWilliams | Date | T. Phillip Weaver | Date |
| U. S. Probation Officer | | Supervising U. S. Probation Officer | |

**THE COURT ORDERS:**

☑ The issuance of a Summons.

☐ No Action

☐ Other

_____
Honorable Richard W. Story
Senior U. S. District Court Judge

_____2/13/20_____
Date