# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:10-cr-00295-RWS
## USA v. Rainey
## Honorable Richard W. Story

Minute Sheet for proceedings held In Chambers on 04/22/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:25 A.M.
TIME IN COURT: 00:25
OFFICE LOCATION: Gainesville

COURT REPORTER: Amanda Lohnaas
USPO: Deneen McWilliams
DEPUTY CLERK: Stacey Kemp

Court found that defendant DID violate conditions of Probation/Supervised Release.
Probation/Supervised Release was CONTINUED.

| | |
|---|---|
| DEFENDANT(S): | [1]Edeliel Rainey Present at proceedings |
| ATTORNEY(S) PRESENT: | Tal Chaiken representing USA<br>Vidhi Joshi representing Edeliel Rainey |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing Non-evidentiary); Telephone Conference(Other Proceeding Non-evidentiary); |
| REVOCATION HEARING INFO. | |
| MINUTE TEXT: | Cause came before the Court for a Revocation of Supervised Release Hearing. Counsel, Defendant, and United States Probation Officer agreed to hold the hearing via telephone conference. Defendant waived his right of appearance in a public courtroom at the beginning of the conference. Counsel presented a joint resolution to the revocation and the Court accept the recommendation. Defendant admitted to the second violation and the Government stated that they will not be proceeding as to the first and third alleged violation. Sentence: Defendant to CONTINUE on supervised release with no revocation at this time. All previously imposed terms and conditions of supervised release shall remain in effect. Right of appeal explained. No objections to the Court's ruling. |
| HEARING STATUS: | Hearing Concluded |